**No. 44890.**—Protest 975317–G of Julius Kayser & Co., Inc. (New York).

Opinion by Kincheloe, J. The protest was submitted for decision on a sample of the gloves. On the record presented the protest was overruled.

**No. 44891.**—Protests 845801–G (A), etc., of Akawo & Co., Ltd., et al. (Los Angeles).

Opinion by Kincheloe, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44892.**—Protest 815514–G of Northern Pacific Railway Co. (Seattle).

Opinion by Kincheloe, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44893.**—Protest 3866–K of Whitehall Shipping Co. (New York).

Opinion by Dallinger, J. The court was of opinion that the merchandise is aluminum scrap in chief value of aluminum as shown by the reports of the Government chemist and the dictionary definition of the word "scrap." On the facts and the law it was held that the aluminum grindings in question are properly dutiable at the rate of 4 cents per pound under the provision in paragraph 374 for aluminum scrap, and that the classification as crude aluminum at the same rate was error. It was held that the classification must stand since the importer has not made the proper claim.

Before the First Division, December 10, 1940

**No. 44894.**—Protests 769820–G, etc., of Albert Eckstein & Co., Inc., et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is similar to the wool hat bodies the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44895.**—Protests 500448–G, etc., of Amervoll Co., Inc., et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is wool hoods similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.